IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-00456 PSF-MJW

DEBORAH STEELE,

Plaintiff(s),

v.

KROENKE SPORTS ENTERPRISES, LLC, et al.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Unopposed Motion for Protective Order (Docket Number 17) is GRANTED. The written Stipulated Protective Order is approved as amended in paragraph 7 and made an Order of Court.

Date: August 15, 2005