IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-00456 PSF-MJW

DEBORAH STEELE,

Plaintiff(s),

v.

KROENKE SPORTS ENTERPRISES, LLC, et al.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby **ORDERED** that Plaintiff's Motion to Compel Documents Responsive to Discovery Requests (docket no. 21) is **DENIED.**

This court reviewed, *in camera*, the personnel files for Paul Andrews (pages bates stamped DP 03723 through DP 03802, inclusive) and Doug Ackerman (pages bates stamped DP 03083 through DP 04045, inclusive. After reviewing the same, this court finds that all pages contained in these two personnel files are not relevant to any of the issues before this court and will not lead to the discovery of admissible evidence for trial.

It is **FURTHER ORDERED** that the personal files for Paul Andrews (pages bates stamped DP 03723 through DP 03802, inclusive) and Doug Ackerman (pages bates stamped DP 03083 through DP 04045, inclusive) shall be sealed and not opened except by further Order of Court.

Date: August 26, 2005