IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-00456-PSF-MJW

DEBORAH STEELE,

Plaintiff(s),

v.

KROENKE SPORTS ENTERPRISES, LLC, et al.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Unopposed Motion to Vacate the Settlement Conference (docket no. 26) is GRANTED. The Settlement Conference set before Magistrate Judge Watanabe on September 6, 2005, at 1:30 p.m. is VACATED. The parties may request that the settlement conference be reset by motion. If a settlement conference is not requested by the parties prior to the Final Pretrial Conference then the court will determine whether a settlement conference should be set at the Final Pretrial Conference.

Date: August 30, 2005