IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-00456-PSF-MJW

DEBORAH STEELE,

Plaintiff,

v.

KROENKE SPORTS ENTERPRISES, L.L.C.,
PAUL ANDREWS, and
DOUG ACKERMAN, in their individual and official capacities,

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that Defendant Kroenke Sports Enterprises' Motion for Protective Order Concerning Proposed Deposition of E. Stanley Kroenke, which was filed on November 21, 2005 **(Docket No. 48)**, is **denied**, substantially for the reasons stated in the plaintiff's Response (Docket No. 58).  Counsel shall forthwith confer and advise the court in writing as to the date and time set for Mr. Kroenke's deposition.  Plaintiff's counsel shall continue to attempt to work with Mr. Kroenke to arrange the deposition to eliminate inconvenience, such as arranging it around a previously-scheduled visit to Denver.

Date: January 4, 2006