IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-00456-PSF-MJW

DEBORAH STEELE,

Plaintiff,

v.

KROENKE SPORTS ENTERPRISES, L.L.C.,
PAUL ANDREWS, and
DOUG ACKERMAN, in their individual and official capacities,

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that Defendant Kroenke Sports Enterprises' Motion for Magistrate Judge's Reconsideration of its Motion for Protective Order Concerning Proposed Deposition of E. Stanley Kroenke, which was filed on January 11, 2006 (Docket No. 65), is granted.  However, Defendant Kroenke Sports Enterprises' Motion for Protective Order Concerning Proposed Deposition of E. Stanley Kroenke, which was filed on November 21, 2005 **(Docket No. 48)**, is once again **denied**.  The court finds that it has not misapprehended the relevant facts, the position of the parties, or the controlling law.  The decision to enter a protective order lies within the discretion of the court.  Having once again reviewed the motion for protective order and the response thereto, and having considered the motion for reconsideration, the court does not find good cause for a protective order.  The court finds that Mr. Kroenke may very well have some information relevant to the subject matter involved in the action and that a short deposition at Mr. Kroenke's convenience in Denver will not cause undue burden, annoyance, and inconvenience.  It is further

**ORDERED** that Defendant Kroenke Sports Enterprises' Motion for Stay of Deposition of E. Stanley Kroenke, which was filed on January 11, 2006 (Docket No. 64) is denied.  As previously directed, counsel shall forthwith confer and advise the court in writing as to the date and time set for Mr. Kroenke's deposition.  Plaintiff's counsel shall continue to attempt to work with Mr. Kroenke to arrange the deposition to eliminate inconvenience, such as arranging it around a previously-scheduled visit to Denver.

Date: January 12, 2006