IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-00456-PSF-MJW

DEBORAH STEELE,

    Plaintiff,

v.

KROENKE SPORTS ENTERPRISES, L.L.C.;
PAUL ANDREWS, in his individual and official capacities; and
DOUG ACKERMAN, in his individual and official capacities,

    Defendants.

## ORDER DIRECTING RESPONSE

This matter is before the Court on Plaintiff's Motion for Extension of Time to Respond to Defendants' Motion for Summary Judgment (Dkt. # 71).  The Court hereby DIRECTS defendants to respond to this motion no later than **5:00 p.m. on January 23, 2006.**

    DATED: January 17, 2006

                                                BY THE COURT:

                                                *s/ Phillip S. Figa*
                                                _____
                                                Phillip S. Figa
                                                United States District Judge