IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-00456-PSF-MJW

DEBORAH STEELE,

Plaintiff,

v.

KROENKE SPORTS ENTERPRISES, L.L.C.,
PAUL ANDREWS, and
DOUG ACKERMAN, in their individual and official capacities,

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that Plaintiff's Motion to Reopen Discovery to Allow the Completion of Two Depositions (docket no. 72) is **GRANTED** finding good cause shown per Fed. R. Civ. P. 16(b) and Marcin Engineering, LLC v. Founders at Grizzly Ranch, LLC, 219 F.R.D. 516, 521 (D. Colo. 2003).  The discovery deadline is extended for the limited purpose of completing the depositions of Stanley Kroenke and Jansen Allen.  The Plaintiff shall have up to and including **March 1, 2006**, to complete the depositions of Stanley Kroenke and Jansen Allen.

It is **FURTHER ORDERED** that Plaintiff's Motion for Extension of Time to Respond to Defendants' Motion for Summary Judgment Until the Completion of Depositions (docket no. 71) is **GRANTED** as follows.  The Plaintiff shall file his response to Defendants' Motion for Summary Judgment (docket no. 59) on or before **March 16, 2006.**

Date: January 24, 2006