IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-00456-PSF-MJW

DEBORAH STEELE,

    Plaintiff,

v.

KROENKE SPORTS ENTERPRISES, L.L.C.;
PAUL ANDREWS, in his individual and official capacities; and
DOUG ACKERMAN, in his individual and official capacities,

    Defendants.

---

## ORDER SETTING HEARING

---

This matter is before the Court on Defendant Kroenke Sports Enterprises, L.L.C.'s Objection to Magistrate Judge's Orders on Motion for Protective Order Concerning Proposed Deposition of E. Stanley Kroenke (Dkt. # 80), filed January 25, 2006.  IT IS HEREBY ORDERED that counsel for the parties shall appear on **Friday, February 3, 2006 at 9:15 a.m.**, in Courtroom A602 of the U.S. District Court for the District of Colorado, Sixth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado for a hearing on this objection.  Any reply in support of the objection shall be filed no later than noon, Wednesday, February 1, 2006.

    DATED: January 27, 2006

                                                       BY THE COURT:

                                                       *s/ Phillip S. Figa*

                                                       _____
                                                       Phillip S. Figa
                                                       United States District Judge