IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00456-PSF-MJW

DEBORAH STEELE,

Plaintiff,

v.

KROENKE SPORTS ENTERPRISES, L.L.C.,
PAUL ANDREWS, and
DOUG ACKERMAN, in their individual and official capacities,

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that the Unopposed Motion to Amend Defendants' Pretrial Order Exhibit List, (DN 99), filed with the Court on March 21, 2006, is GRANTED as set forth in the defendants' motion.

Date: March 23, 2006