IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-00456-PSF-MJW

DEBORAH STEELE,

    Plaintiff,

v.

KROENKE SPORTS ENTERPRISES, L.L.C.;
PAUL ANDREWS, in his individual and official capacities; and
DOUG ACKERMAN, in his individual and official capacities,

    Defendants.

---

## ORDER GRANTING MOTION TO CORRECT ERROR

---

    Defendants' Motion to Correct Error In Defendants' Reply Brief (Dkt. # 106) is GRANTED.  The citations to Exhibit A-27 shall be deemed substituted for the citations to Exhibit A-19 at pp. 18 and 27 of Defendants' Reply Brief (Dkt. # 102) as set forth in the Motion to Correct.

    IT IS FURTHER ORDERED that further motions in this matter which are unaccompanied by a proposed order <u>filed with the Court Clerk</u> **as well as** in chambers in the proper format will be denied without prejudice. The parties are DIRECTED to D.C.COLO.LCivR 5.6(A) regarding compliance with "Electronic Case Filing Procedures for the District of Colorado," which sets forth at Section V.L. 1 and 2 the requirements for submitting proposed orders.

    DATED: June 1, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge