IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-00456-PSF-MJW

DEBORAH STEELE,

Plaintiff,

v.

KROENKE SPORTS ENTERPRISES, L.L.C.,
PAUL ANDREWS, and
DOUG ACKERMAN, in their individual and official capacities,

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that the Defendants' Unopposed Motion for Leave to Allow Insurance Representative to Appear by Phone at Settlement Conference, filed with the Court on June 16, 2006, is GRANTED.  The Court's telephone number is (303) 844-2403.

Date:  June 21, 2006