IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-00456-PSF-MJW

DEBORAH STEELE,

 Plaintiff,

v.

KROENKE SPORTS ENTERPRISES, L.L.C.;
PAUL ANDREWS, in his individual and official capacities; and
DOUG ACKERMAN, in his individual and official capacities,

 Defendants.

___

## ORDER

___

 This matter is before the Court on Defendants' Motion to Compel Plaintiff to Order Additional Transcripts for Appeal (Dkt. # 148), filed October 12, 2006.  The Court hereby ORDERS that any response to the motion shall be filed by Plaintiff Deborah Steele no later than **5:00 p.m. on Thursday, October 19, 2006**, and any reply shall be filed no later than **5:00 p.m. on Monday, October 23, 2006**.

 DATED: October 12, 2006

                BY THE COURT:

                *s/ Phillip S. Figa*

                _____
                Phillip S. Figa
                United States District Judge